UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALFRED CUNHA, | CASE NO. 1:17-cv-00094-DAD-MJS (PC) |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CALIFORNIA FORENSIC MEDICAL GROUP, et al., | **(ECF No. 17)** |
| Defendants. | |

Plaintiff is a county jail inmate proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On May 16, 2017, the Court screened Plaintiff's first amended complaint and found it stated no cognizable claims. (ECF No. 13.) Plaintiff was directed to file an amended complaint or a notice of voluntary dismissal within thirty days. (Id.) On June 9, 2017, Plaintiff filed a "motion to file an appeal." (ECF No. 14.) Unsure of what relief Plaintiff sought to with this filing, the Court on June 19, 2017 directed Plaintiff to file, within fourteen days, an amended complaint, a motion for reconsideration, a notice of appeal, or a statement of intent to stand on his first amended complaint. (ECF No. 16.) Plaintiff failed to respond within the time ordered. On July 14, 2017, the Court issued an Order for Plaintiff to show cause why the action should not be dismissed for failure to

prosecute, failure to obey a Court order, and failure to state a claim. (ECF No. 17.) On July 24, 2017, Plaintiff filed his second amended civil rights complaint. (ECF No. 18.)

Having received Plaintiff's second amended civil rights complaint, the Court will discharge the Order to show cause, and will screen Plaintiff's first amended complaint in due course.

Based on the foregoing, the Order to show cause (ECF No. 17) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: August 2, 2017            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE